> Motion DENIED as MOOT.
> *[signature]*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

---------------------------------------------------------

DENISE SAMPLES

       Plaintiff,

   v.                          Civil Action No. 3:12-cv-00099

MIDLAND CREDIT MANAGEMENT, INC.,
MIDLAND FUNDING, LLC, AND
ENCORE CAPITAL GROUP, INC.

       Defendants.

---------------------------------------------------------

## PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE

**COMES NOW,** Denise Samples, (hereinafter referred to as "Plaintiff"), plaintiff in the above-referenced matter, and herby files his Motion to Appear Telephonically at the Initial Case Management Conference, and in support thereof, respectfully shows the court as follows:

1. The Court has set an Initial Case Management Conference for May 4, 2012 at 10:00 a.m.

2. Plaintiff's counsel is out-of-town in Memphis, Tennessee.

3. This case is a "fee-shifting" case where the defendant is responsible for payment of Plaintiff's attorney's fees and costs. Plaintiff's objective is to minimize attorney's fees and costs to the best of our ability.