UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DENISE SAMPLES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:12-cv-00099 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| **MIDLAND CREDIT MANAGEMENT, INC.;** ) | |
| **MIDLAND FUNDING, LLC; AND** ) | |
| **ENCORE CAPITAL GROUP, INC.;** ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court hereby finds as follows:

- The defendants' Motion To Transfer Venue (Docket No. 20) is **DENIED**.

- The defendants' Motion for Judgment on the Pleadings or, in the Alternative, Motion to Dismiss (Docket No. 7), is **GRANTED IN PART and DENIED IN PART**. The plaintiff's claim pursuant to 15 U.S.C. § 1692e(3) is **DISMISSED WITH PREJUDICE**.

- The plaintiff's request for leave to amend her Complaint (Docket No. 14 at pp. 18-19) is **DENIED WITH PREJUDICE** as to the § 1692e(3) claim and **DENIED WITHOUT PREJUDICE** in all other respects.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge

1