UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

DENISE SAMPLES

      Plaintiff,

    v.                     Civil Action No. 3:12-cv-00099

MIDLAND CREDIT MANAGEMENT, INC.,
MIDLAND FUNDING, LLC, AND
ENCORE CAPITAL GROUP, INC.

      Defendants.

---

## ORDER ON PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE

The court, having considered Plaintiff's Motion to Appear Telephonically at the Initial Case Management Conference, GRANTS said Motion ~~and Plaintiff's Counsel is directed to contact chambers at~~ ~~XXXXXXXXXXXXXXXXXXXXXXXX~~.

SO ORDERED.

Dated ____July 10____, 2012.

_____
UNITED STATES DISTRICT JUDGE