**Motion GRANTED.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **DENISE SAMPLES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12-CV-99 |
| | ) | |
| **MIDLAND CREDIT MANAGEMENT,** | ) | |
| **INC., MIDLAND FUNDING, LLC, and** | ) | |
| **ENCORE CAPITAL GROUP, INC.,** | ) | Unopposed |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE

Defendants Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Group, Inc. (collectively hereinafter "Defendants") respectfully request that the Court permit them to appear by telephone at the Initial Case Management Conference as follows:

1. This Court has set an Initial Case Management Conference for this action on July 30, 2012 at 2:15 P.M.

2. Counsel for Defendants is located in Birmingham, Alabama and is making every effort to minimize attorney's fees and costs. To incur travel expenses to appear in person would raise expenses.

3. This Court has granted Plaintiff's previously-filed Motion to appear by telephone for this conference, and Plaintiff is unopposed to the relief Defendants seek in this Motion.

4. Should the Court permit counsel for Defendants to appear by telephone at the Initial Case Management Conference, such permission would not prejudice Plaintiff or Defendants, delay any hearings, or delay the trial of this case.