IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DENISE SAMPLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0099 |
| | ) | Judge Trauger |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| MIDLAND FUNDING, LLC, and | ) | |
| ENCORE CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for July 30, 2012 is **CONTINUED** and **RESET** for Wednesday, August 1, 2012, at 10:30 a.m. As previously granted, the parties may appear telephonically at the initial case management conference.

It is so **ORDERED**.

ENTER this 27th day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge